IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA, :

    Plaintiff,

v. : Case No. 3:19-cr-137

CRAWFORD P. BOGLE, *et al.*, : JUDGE WALTER H. RICE

    Defendants. :

---

SCHEDULING ORDER

---

As discussed during the conference call held on February 12, 2020, the deadline for filing or joining evidentiary motions is extended to February 21, 2020, for Defendant Dorian Bailey.

The Government's response to all pending evidentiary motions shall be filed no later than March 9, 2020.[1] Defendants' reply briefs shall be filed no later than March 26, 2020. The Court will hold an evidentiary hearing on those motions on April 3, 2020, at 9:15 a.m.

All non-evidentiary motions were to have been filed no later than March 6, 2020.

---

[1] On March 4, 2020, the Court granted the Government's request to extend this deadline from March 6th to March 9th. Doc. #223. The Court has also extended Defendants' deadline for filing reply briefs.

Date: March 11, 2020

*[signature]*
WALTER H. RICE
UNITED STATES DISTRICT JUDGE